IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>SUNEDISON , INC., et al.,<br><br>  Defendants.<br>_____/ | No. C 16-02264 WHA<br><br>**ORDER REQUESTING CHAMBERS COPIES**<br><br>*Related Cases:*<br>Case No. 3:16-cv-02263-WHA<br>Case No. 3:16-cv-02265-WHA<br>Case No. 3:16-cv-02268-WHA |

    The parties are requested to submit chambers copies for the filings related to removal, remand, and transfer made prior to re-assignment to the undersigned judge.

**IT IS SO ORDERED.**

Dated: July 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE