**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBALT PARTNERS, LP, COBALT PARTNERS II, LP, COBALT OFFSHORE MASTER FUND, LP AND COBALT KC PARTNERS, LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUNEDISON, INC., AHMAD CHATILA, BRIAN WUEBBELS, MARTIN TRUONG, ALEJANDRO HERNANDEZ, EMMANUEL HERNANDEZ, ANTONIO R. ALVAREZ, PETER BLACKMORE, CLAYTON DALEY JR., GEORGANNE PROCTOR, STEVEN TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., MACQUARIE CAPITAL (USA), INC., MCS CAPITAL MARKETS LLC and DOES 1- 25, inclusive,<br><br>    Defendants.<br><br>AND RELATED CASES. | No. C 16-02263 WHA<br><br>*Related Cases:*<br><br>Case No. 3:16-cv-02264-WHA<br>Case No. 3:16-cv-02265-WHA<br>Case No. 3:16-cv-02268-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION** |

The pro hac vice applications of Rhiannon A. Campbell and James L. Tuxbury are **DENIED** for failing to comply with Civil Local Rule 11–3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such*

*bar*" (emphasis added).  An application that only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas).  While the application fees do not need to be paid again, the application cannot be processed until a corrected form or application is submitted.

**IT IS SO ORDERED.**

Dated:  July 19, 2016. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE