Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glenview Capital Partners, L.P., et. al. | Case No: 16-cv-2264 |
| Plaintiff(s), | **APPLICATION FOR** |
| v. | **ADMISSION OF ATTORNEY** |
| SunEdison Inc., et. al. | **PRO HAC VICE** |
| | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, James L. Tuxbury , an active member in good standing of the bar of Mass. Supreme Judic. Court , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Carlos Domenech Zornoza in the above-entitled action. My local co-counsel in this case is Ismail Ramsey , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 28 State Street Boston, MA 02109 | 803 Hearst Ave Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: (617) 345-9000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 548-3600 |
| MY EMAIL ADDRESS OF RECORD: rcampbell@hinckleyallen.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: izzy@ramsey-ehrlich.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 624916 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/20/16

James L. Tuxbury
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James L. Tuxbury is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 20, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*