ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (168593)
JAMES I. JACONETTE (179565)
SCOTT H. SAHAM (188355)
SUSAN G. TAYLOR (190753)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jamesj@rgrdlaw.com
scotts@rgrdlaw.com
susant@rgrdlaw.com
jcaringal@rgrdlaw.com
       – and –
DENNIS J. HERMAN (220163)
DAVID W. HALL (274921)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dhall@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SUNEDISON, INC., et al., <br><br> Defendants. | Case No. 3:16-cv-02264-WHA <br><br> NOTICE OF APPEARANCE OF COUNSEL |

1175021_1

Please note the appearance of the undersigned Susan G. Taylor of Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, phone number (619) 231-1058; email: susant@rgrdlaw.com as additional counsel on behalf of plaintiffs Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P. and Glenview Offshore Opportunity Master Fund, Ltd. in this action. The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

DATED: August 15, 2016

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
JAMES I. JACONETTE
SCOTT H. SAHAM
SUSAN G. TAYLOR
JENNIFER N. CARINGAL

              s/ Susan G. Taylor
SUSAN G. TAYLOR

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DENNIS J. HERMAN
DAVID W. HALL
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2016.

        s/ Susan G. Taylor
SUSAN G. TAYLOR

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:SusanT@rgrdlaw.com

1175021_1

# Mailing Information for a Case 3:16-cv-02264-WHA Glenview Capital Partners, L.P. et al v. SunEdison, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jaime Allyson Bartlett**
  jbartlett@sidley.com,sfefilingnotice@sidley.com,tberninzoni@sidley.com,dgiusti@sidley.com

- **Michael G. Bongiorno**
  michael.bongiorno@wilmerhale.com

- **Daniel H. Bookin**
  dbookin@omm.com,mgill@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com,kbetcher@omm.com

- **Sara B. Brody**
  sbrody@sidley.com,marvely.macdonald@sidley.com,ddelarocha@sidley.com,sfdocket@sidley.com

- **Rhiannon A Campbell**
  rcampbell@hinckleyallen.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Rachel Lee Gargiulo**
  rachel.gargiulo@wilmerhale.com

- **Adam S. Hakki**
  ahakki@shearman.com

- **David William Hall**
  dhall@rgrdlaw.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,smorris@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **James Ian Jaconette**
  jamesj@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Katharine Ann Kates**
  katharine@ramsey-ehrlich.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com

- **Jie Li**
  lisa.li@wilmerhale.com

- **Kevin J. O'Connor**
  koconnor@hinckleyallen.com,bbarretto@hinckleyallen.com

- **Timothy J. Perla**
  timothy.perla@wilmerhale.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,elese@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,amy@ramsey-ehrlich.com,tonya@ramsey-ehrlich.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Scott H. Saham**
  scotts@rgrdlaw.com

- **James L Tuxbury**
  jtuxbury@hinckleyallen.com

- **Robin Eve Wechkin**
  rwechkin@sidley.com,sfefilingnotice@sidley.com,sfdocket@sidley.com,enorwood@sidley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)